# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2901

_____

TONY JEROME BYRD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 27, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

OSTERHAUS, C.J., and ROBERTS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tony Jerome Byrd, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.